THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES AUGUSTUS ARRINGTON, )
#155 410 )
 )
    Plaintiff, )
 )
  v. )CIVIL ACTION 2:10-CV-27-WHA
 )        [WO]
 )
("NURSES") STRICKLAND, *et al.,* )
 )
    Defendants. )

# **ORDER**

On February 17, 2010, the Magistrate Judge filed a Recommendation (Doc. 11) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

    1.    The Recommendation (Doc. 11) of the Magistrate Judge is ADOPTED;

    2.    This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to properly prosecute this action.

An appropriate judgment will be entered.

    Done this 8th day of March, 2010.


                                     /s/ W. Harold Albritton
                                     SENIOR UNITED STATES DISTRICT JUDGE