IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

JAMES AUGUSTUS ARRINGTON,    )
#155 410                     )
                             )
          Plaintiff,         )
                             )
     v.                      )CIVIL ACTION 2:10-CV-27-WHA
                             )            [WO]
                             )
("NURSES") STRICKLAND, *et al.,*  )
                             )
          Defendants.        )

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that the recommendation of the United States

Magistrate Judge (Doc. 11) is ADOPTED and this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of March, 2009.


                    /s/ W. Harold Albritton
                    SENIOR UNITED STATES DISTRICT JUDGE